# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 14-MJ-00110-DLW |
| SHELDON LANSING | USM Number: |
|  | Pro Se<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count One of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 U.S.C. 1733 & 43 C.F.R. 5462(b)(1) | Cutting/Removing/Damaging Trees | 01/24/14 | One |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 1, 2014
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

April 1, 2014
Date

DEFENDANT:  SHELDON LANSING
CASE NUMBER:  14-MJ-00110-DLW                                                                 Judgment-Page 2 of 3

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $25.00 | *$1,000.00 | $1,720.00 |
| **TOTALS** | $25.00 | $1,000.00 | $1,720.00 |

*Fine is SUSPENDED provided Defendant pay restitution and special assessment fee in full and cannot enter onto any Bureau of Land Management Lands for a period of one (1) year.

The defendant must make restitution to be paid from the registry of the court to the payee(s) listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bureau of Land Management<br>27501 Highway 184<br>Dolores, Colorado 81323 |  | $1,720.00 |  |
| **TOTALS** | $0.00 | $1,720.00 |  |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  SHELDON LANSING
CASE NUMBER:  14-MJ-00110-DLW                                              Judgment-Page 3 of 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

In full by 1:00 p.m. on April 1, 2014.

The restitution obligation shall be joint and several with similar obligations to pay restitution imposed on Criminal Action Nos. 14-MJ-00111-DLW and 14-MJ-00112-DLW.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) penalties.

DEFENDANT:  SHELDON LANSING
CASE NUMBER:  14-MJ-00110-DLW

Judgment-Page 4 of 3